**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30239 |
| Plaintiff-Appellee, | D.C. No. 3:14-cr-00060-BLW |
| v. | |
| RAYMOND ANTOINE SCOTT, Jr., | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief Judge, Presiding

Submitted April 11, 2017[**]

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Raymond Antoine Scott, Jr., appeals from the district court's judgment and

challenges his guilty-plea conviction and 288-month sentence for second-degree

murder, in violation of 18 U.S.C. §§ 1111(b) and 1153. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Scott's counsel has filed a brief stating that there

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Scott the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Scott waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**